B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of ____New Jersey____

In re Albert L. Pareja fka Alberto L. Pareja
Yajhara Costa-Pareja fka Yajhara Costa    Case No. 20-10111-ABA

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __8-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/17/2020 (date).

Name of Alleged Transferor

Bayview Loan Servicing, LLC,
a Delaware Limited Liability Company

Address of Alleged Transferor:

4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

Name of Transferee
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1

Address of Transferee:

c/o Selene Finance, LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____            _____
                          **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re  Albert L. Pareja fka Alberto L. Pareja
Yajhara Costa-Pareja fka Yajhara Costa ,    Case No. 20-10111-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1
Name of Transferee

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Selene Finance, LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Phone: _____
Last Four Digits of Acct #: 0736

Court Claim # (if known): 8-1
Amount of Claim: $169,265.79
Date Claim Filed: 02/27/2020

Phone: 866-709-3400
Last Four Digits of Acct. #: 2604

Name and Address where transferee payments should be sent (if different from above):
c/o Selene Finance LP
Attention Cashiering
P.O. Box 71243
Philadelphia, PA 19176-6243
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Schwalb    Date: 04/17/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**BAYVIEW® LOAN SERVICING**
Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**TRANSFER OF SERVICING NOTICE**
March 13, 2020

ALBERT L PAREJA
YAJHARA COSTA-PAREJA
DRUZIAKO VICTOR
1882 W LANDIS AVENUE
VINELAND, NJ 08360

Loan Number:
■■■■■■

Property Address:
1015 HAMILTON DR
VINELAND, NJ 08360

Dear Customer:

Bayview Loan Servicing, LLC would like to take this opportunity to say "thank you." Effective 3/31/2020, your mortgage loan servicing will be transferred from Bayview Loan Servicing, LLC to Selene Finance LP. The transfer of servicing is a common practice. It is our goal to make this transfer as seamless as possible for you. This transfer does not affect the terms or conditions of your loan documents other than the terms directly related to the servicing of your loan.

Below you will find a summary of the changes that will occur.

**A few items of importance regarding this transfer:**

- Bayview Loan Servicing will stop accepting mortgage payments after 3/30/2020.

- The date your new servicer, Selene Finance LP, will start accepting mortgage payments is 3/31/2020. **As of this date all payments should be remitted to Selene Finance LP.**

    Selene Finance LP
    ATTN: Cashiering
    PO Box 71243
    Philadelphia, PA 19176-6243

- If you have already mailed your payment to Bayview Loan Servicing and it is received after the transfer date, it will be forwarded to Selene Finance LP for processing.

- If your payment is currently being automatically debited, this service will be cancelled after 3/30/2020.

- This transfer **does not affect** the status of any pending bankruptcy, or foreclosure proceedings.

- If we currently hold an escrow account for the payment of your taxes and/or homeowners insurance, the taxing authority(s) and insurance agent(s) will be notified of the transfer to ensure proper and timely payment of these items. If you receive any insurance or tax bills on or after 3/31/2020, please forward them to Selene Finance LP.

OP4016 NL013 MNL BLS Goodbye TOSN V 2.7 Loan No.: ■■■■■■

**How to contact us:**

Should you have questions, here are the applicable mailing addresses, toll-free numbers and hours of operation.

**Contact Bayview Loan Servicing, LLC on or before 3/30/2020:**

| **Send Correspondence To:** | **Customer Service:** |
|---|---|
| Bayview Loan Servicing, LLC | Toll-free Numbers & Hours |
| 4425 Ponce de Leon Blvd., 5th Floor | 1-855-813-6597 |
| Coral Gables, FL 33146 | 8:00am – 9:00pm, (ET) Monday - Friday |

**Contact your new servicer, Selene Finance LP, on or after 3/31/2020:**

| **Send Correspondence To:** | **Customer Service:** |
|---|---|
| Selene Finance LP | Toll-free Numbers & Hours |
| Attn: Customer Service | 1(877)-735-3637 |
| PO BOX 421517 | 8:00am - 9:00pm (CST)  Monday - Thursday |
| Houston, TX 77242-4239 | 8:00am - 5:00pm (CST)  Friday |

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedure Act (RESPA) (12U.S.C. 2605): During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your previous servicer before its due date may not be treated by the new as late, and a late fee may not be imposed upon you.

Except under limited circumstances, the law requires that your present Servicer send you this notice not less than 15 days before the effective date of transfer, or at closing. Your new Servicer must also send you this notice no more than 15 days after this effective date, or at closing.

**Your Annual Statements**

In January 2021, you will receive two separate Mortgage Interest Statements (Form 1098), one from Bayview Loan Servicing and the other from Selene Finance LP. These annual statements will report the amount of interest and real estate taxes you paid during the time each company serviced your loan in 2020.

**We Appreciate the Opportunity to Serve You**

We greatly appreciate the trust you have placed in us. Bayview Loan Servicing would like to extend a sincere "thank you" for the opportunity we had to serve you.

It has been a pleasure to service your loan and we wish you a successful relationship with Selene Finance LP.

Sincerely,

Roddrey Gregory, Assistant Vice President
Customer Service Department
Bayview Loan Servicing, LLC

## Disclaimers and Notices

**Important Notice for Oregon Residents: Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.**

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

**The following mailing address must be used for all Error Notices & Information Requests: Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Hon. Judge: _____ |

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |